IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KATHERINE WELSH STEWART, ) | CHAPTER 7 |
| ) | CASE NO: 23-51546-AEC |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| NEIS ACQUISITIONS AUXGA, LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| KATHERINE WELSH STEWART, ) | |
| ) | |
| Respondent. ) | |

## MOTION FOR RELIEF OF STAY

COMES NOW, NEIS ACQUISITIONS AUXGA, LLC, Creditor/Movant in the above-styled action, by and through counsel, files this their Motion for Relief from Automatic Stay pursuant to 11 U.S.C. Section 362 in order to permit Movant to exercise against real property which is in the possession of Debtor, its rights and remedies under state law. In support of their Motion, Movant respectfully shows the Court the following facts:

1. Debtor filed for protection under Title 11 of the United States Bankruptcy Code on November 3, 2023.

2. Pursuant to a commercial rental entered into between Debtor and Movant, Debtor is currently leasing property managed by Movant, as landlord and owner, located at 4653 Presidential Parkway, Macon, GA 31206 (the "Property").

3. Debtor has failed to make rental payments to Movant.

4. Movant filed a dispossessory affidavit against Debtor, Lets Make a Deal, LLC and James Lee Stuart (the co-obligors on the commercial lease) in the Bibb County Magistrate Court in September 2023.

5. The Magistrate Court transferred the matter to the Superior Court of Bibb County (Case No. 2023-CV-079692) on October 9, 2023.

6. Movant, on October 26, 2023, filed a Motion to Compel Payment into Court Registry. Attached hereto as Exhibit "A" and incorporated herein by reference.

7. The Court entered an Order Compelling Payment of Rent into the Court Registry on October 27, 2023 requiring Debtor to pay $68,596.73 into the Court Registry Said Order is attached hereto as Exhibit "B" and incorporated herein by reference.

8. Debtor, and the co-obligors, remain in possession of the Property.

9. Because of Debtor's default and inability to make all required payments, Movant is not adequately protected.

10. Movant requests that relief of stay be granted in order to pursue the dispossessory action currently pending in the Bibb County Superior Court along with its request for damages against Debtor and co-obligors.

WHEREFORE, Movant requests that the Motion for Lift of Stay be granted, plus any and all further relief this Court deems appropriate.

/s/ Jeffrey F. Peil
Jeffrey F. Peil
Ga. Bar No. 967902
Attorney for Movant
jpeil@hugginsfirm.com

Huggins Peil, LLC
7013 Evans Town Center Blvd.
Suite 502
Evans, GA 30809

(706) 210-9063

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Movant
nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KATHERINE WELSH STEWART, | ) | CHAPTER 7 |
| | ) | CASE NO: 23-51546-AEC |
| Debtor. | ) | |
| _____ | ) | |
| NEIS ACQUISITIONS AUXGA, LLC, | ) | |
| Movant, | ) | |
| v. | ) | |
| KATHERINE WELSH STEWART, | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I do hereby certify that on this day the foregoing Motion for Relief from Stay, Notice of Hearing, and Certificate of Service were mailed by first class mail with adequate postage affixed thereto or served electronically via the Court's CM/ECF system to the parties listed below:

Julius M. King via CM/ECF

Joy R. Webster, Trustee via CM/ECF

and my mail to the following:

Katherine Welsh Stewart
168 Greenview Terrace
Macon, GA 31220

November 15, 2023.

/s/ Nathan E. Huff
Nathan E. Huff