Electronically Filed
Erica L. Woodford, Clerk
Bibb County Superior Court
Docket Date: 10/26/2023 2:03 PM

Stephanie Waller

# IN THE SUPERIOR COURT OF BIBB COUNTY
## STATE OF GEORGIA

NEIS ACQUISITIONS AUXGA, LLC,

    Plaintiff,

v.

LETS MAKE A DEAL LLC,             Case No.: 2023-CV-079692

KATHERINE WELSH STEWART, and

JAMES LEE STEWART,

    Defendant.

## MOTION TO COMPEL PAYMENT OF RENT INTO COURT REGISTRY

**COMES NOW** Plaintiff NEIS Acquisitions Auxga, LLC (hereinafter "Landlord"), and moves this Court to compel Defendants Lets Make a Deal LLC, Katherine Welsh Stewart, and James Lee Stewart (hereinafter "Tenants") to pay all rents into the registry of this court pursuant to O.C.G.A. § 44-7-54, showing as follows:

1. Landlord owns several properties in the Eisenhower Crossing shopping center.

2. Defendants are commercial tenants operating a discount store at a property at 4653 Presidential Parkway, Macon, Georgia 31206, which is located in the Eisenhower Crossing shopping center.

3. Tenants have failed to pay rent, and on August 11, 2023, Landlord filed an Affidavit for Summons of Dispossessory with the Bibb County Magistrate Court seeking back due rent in the amount of $25,292.20 and possession of the property.

4. Tenants were served with Landlord's Affidavit for Summons of Dispossessory on September 18, 2023.

5. On September 25, 2023, Tenants filed a timely answer which contained a counterclaim. Said counterclaim stated, in total: "I counterclaim against the Plaintiff as follows: Due to the Plaintiffs [sic] failure to meet their responsibilities according to the LOI and contract that the plaintiff drafted, we are seeking damages in the amount of Three Million dollars. ($3,000,000.0) [sic]."

HUGGINS PEIL, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

MOTION TO COMPEL PAYMENT OF RENT INTO COURT REGISTRY – 1 of 4
NEIS Acquisitions Auxga, LLC v. Let's Make a Deal, LLC, et al.
Civil Action File No.: 2023-CV-079692

"A"

SW

6. A hearing was held on October 9, 2023, and the Magistrate Court ordered this case transferred to the Superior Court, due to the fact that Defendants' counterclaim exceeded the $15,000.00 jurisdictional limits of the Magistrate Court.

7. O.C.G.A. § 44-7-54 states, in pertinent part:

(a) In any case where the issue of the right of possession cannot be finally determined within two weeks from the date of service of the copy of the summons and the copy of the affidavit, the tenant *shall* be required to pay into the registry of the trial court:

(1) All rent and utility payments which are the responsibility of the tenant payable to the landlord under terms of the lease *which become due after the issuance of the dispossessory warrant*, said rent and utility payments to be paid as such become due. If the landlord and the tenant disagree as to the amount of rent, either or both of them may submit to the court any written rental contract for the purpose of establishing the amount of rent to be paid into the registry of the court. If the amount of rent is in controversy and no written rental agreement exists between the tenant and landlord, the court shall require the amount of rent to be a sum equal to the last previous rental payment made by the tenant and accepted by the landlord without written objection; and

(2) All rent and utility payments which are the responsibility of the tenant payable to the landlord under terms of the lease *allegedly owed prior to the issuance of the dispossessory warrant*; provided, however, that, in lieu of such payment, the tenant shall be allowed to submit to the court a receipt indicating that payment has been made to the landlord. In the event that the amount of rent is in controversy, the court shall determine the amount of rent to be paid into court in the same manner as provided in paragraph (1) of this subsection.

8. At the time of the filing of the dispossessory affidavit on August 11, 2023, Defendants owed $25,290.20 in back-due rent.

9. Since the time of the issuance of the dispossessory warrant, tenants have accrued additional rent in the amount of $43,306.53, bringing the total owed as of today to $68,596.73.

10. A true and accurate copy of the lease agreement between the parties is being filed of even date herewith.

11. A true and accurate copy of the current ledger is being filed of even date herewith.

12. Tenants owe Landlord rent in the amount of $19,396.13 by the first day of each month, during the pendency of this litigation.

**WHEREFORE**, Landlord prays that this Court enter an order requiring Tenants to immediately pay into the registry of the Court in the sum of $68,596.73, together with rent in the amount of $19,396.13 per month no later than the first of each month, beginning on November

HUGGINS PEIL, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

MOTION TO COMPEL PAYMENT OF RENT INTO COURT REGISTRY – 2 of 4
NEIS Acquisitions Auxga, LLC v. Let's Make a Deal, LLC, et al.
Civil Action File No.: 2023-CV-079692

1, 2023, and continuing throughout the pendency of this litigation. In the event the Tenants fail to tender the payments prayed for herein, Landlord seeks, and is entitled to, a writ of possession instanter.

Respectfully submitted,

Dated: October 26, 2023

**HUGGINS PEIL, LLC**

/s/ Jeffrey F. Peil
Jeffrey F. Peil (SBN 967902)
jpeil@hugginsfirm.com
7013 Evans Town Center Boulevard, Suite 502
Evans, Georgia 30809
Telephone: (706) 210-9063
Facsimile: (706) 210-9282
*Attorney for Plaintiff NEIS Acquisitions Auxga, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date listed below I electronically filed the foregoing with Odyssey eFileGA, which will automatically send electronic service of such filing to attorney(s) of record, containing an electronic image of the served document, as follows:

James Lee Stewart

Jamesl.stewart@hotmail.com

I FURTHER CERTIFY that I have on the date listed below mailed the foregoing to the following individuals via United States Mail:

Let's Make a Deal, LLC

Katherine Welsh Stewart

James Lee Stewart

4653 Presidential Parkway

Macon, Georgia 31206

Respectfully submitted,

Dated: October 26, 2023   HUGGINS PEIL, LLC

/s/ Jeffrey F. Peil
Jeffrey F. Peil (SBN 967902)
jpeil@hugginsfirm.com
7013 Evans Town Center Blvd., Suite 502
Evans, Georgia 30809
Telephone: (706) 210-9063
Facsimile: (706) 210-9282
*Attorney for Plaintiff NEIS Acquisitions Auxga, LLC*

HUGGINS PEIL, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

MOTION TO COMPEL PAYMENT OF RENT INTO COURT REGISTRY – 4 of 4
*NEIS Acquisitions Auxga, LLC v. Let's Make a Deal, LLC, et al.*
Civil Action File No.: 2023-CV-079692