IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KATHERINE WELSH STEWART, ) | CHAPTER 7 |
| ) | CASE NO: 23-51546-AEC |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| NEIS ACQUISITIONS AUXGA, LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| KATHERINE WELSH STEWART, ) | |
| ) | |
| Respondent. ) | |

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that the hearing on Movant's Motion for Relief from Stay will be held on December 13, 2023 at 2:00 pm in the Bankruptcy Court in Macon, Georgia, Courtroom B.

/s/ Jeffrey F. Peil
Jeffrey F. Peil
Ga. Bar No. 967902
Attorney for Movant
jpeil@hugginsfirm.com

Huggins Peil, LLC
7013 Evans Town Center Blvd.
Suite 502
Evans, GA 30809
(706) 210-9063

/s/ Nathan E. Huff
Nathan E. Huff

        Ga. Bar No. 773611
        Attorney for Movant
        nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995