IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KATHERINE WELSH STEWART, | ) | CHAPTER 7 |
| | ) | CASE NO: 23-51546-AEC |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| NEIS ACQUISITIONS AUXGA, LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KATHERINE WELSH STEWART, | ) | |
| | ) | |
| Respondent. | ) | |

### NOTICE OF HEARING WITH WAIVER OF 30-DAY REQUIREMENT OF 11 U.S.C. SECTION 362(e)

PLEASE TAKE NOTICE that NEIS ACQUISITIONS AUXGA, LLC ("Movant"), by and through counsel, has filed a Motion for Relief from Automatic Stay. In the event a hearing cannot be held within (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. Section 362, Movant waives this requirement and agrees to the next earliest possible date as evidenced by signature below. *The undersigned consent to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the Court orders otherise.*

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have on in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with eh Bankruptcy Code of the Federal Rules of Bankruptcy Procedure, a copy of the**

motion may be obtained upon written request to counsel for Movant or at the Clerk's office:

**Clerk, US Bankruptcy Court**
**M.D. Ga.**
**PO Box 1957**
**Macon, GA 31202**

If you do not want the Court to allow the Motion for Relief from Automatic Stay, or if you want the Court to consider your views on the Motion for Relief from Automatic Stay, then you or your attorney shall attend the hearing scheduled to be held on December 13, 2023 at 2:00 pm in the Bankruptcy Court in Macon, Georgia, Courtroom B. Said Bankruptcy Court is located at 433 Cherry Street, Macon, GA 31201.

*Patries should consult the Court's website ([www.gamb.uscourts.gov](www.gamb.uscourts.gov)) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.*

**If you or your attorney does not take these steps, the Court may decide that you do not oppose the relief south in the motion and may enter an order granting relief.**

This notice is sent by the undersigned (Nathan E. Huff) pursuant to LBR 9004-1.

This 20th day of November, 2023.

/s/ Jeffrey F. Peil
Jeffrey F. Peil
Ga. Bar No. 967902
Attorney for Movant
jpeil@hugginsfirm.com

Huggins Peil, LLC
7013 Evans Town Center Blvd.
Suite 502
Evans, GA 30809
(706) 210-9063

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611

                                                  Attorney for Movant
                                                  nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995