Electronically Filed
Erica L. Woodford, Clerk
Bibb County Superior Court
Docket Date: 10/27/2023 2:21 PM

Jamielah Singletary

### IN THE SUPERIOR COURT OF BIBB COUNTY

### STATE OF GEORGIA

NEIS ACQUISITIONS AUXGA, LLC,

      Plaintiff,

v.

LETS MAKE A DEAL LLC,

KATHERINE WELSH STEWART, and

JAMES LEE STEWART,

      Defendant.

Case No.: 2023-CV-079692

### ORDER COMPELLING PAYMENT OF RENT INTO COURT REGISTRY

Pending before the Court is Plaintiff's Motion to Compel Payment of Rent into Court Registry. The Court FINDS that more than two weeks have elapsed since Defendants were served with the copy of the summons and the copy of the affidavit for dispossessory, and that Plaintiff has made a proper application for the Defendants to pay rent into the registry of the Court pursuant to O.C.G.A. § 44-7-54.

IT IS THEREFORE ORDERED AND ADJUDGED that within seven (7) days of this order, Defendants shall pay into the registry of this Court the sum of $68,596.73 for all rent alleged due through October 31, 2023, and shall additionally pay into said registry the sum of $19,396.13 per month, beginning no later than November 1, 2023, and continuing each month thereafter until this case is resolved. Should Defendants fail to timely pay any sums contemplated by this order, Plaintiff shall be entitled to apply for and obtain from the Court a writ of possession instanter. This order is interlocutory, and does not terminate this case.

IT IS SO ORDERED this _____ day of October, 2023.

Judge David L. Mincey, III
Superior Court of Bibb County
Macon Judicial Circuit

JS

ORDER COMPELLING PAYMENT OF RENT INTO COURT REGISTRY – 1 of 1
*NEIS Acquisitions Auxga, LLC v. Lets Make a Deal, LLC, et al.*
Case No.: 2023-CV-079692

"B"